No. 01–5032. PANDO-FRANCO, AKA YSAASAGA-LEYVA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5033. ROSEN *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 01–5034. BOOKER *v.* CAMBRA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–5035. SNIPES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5036. KING *v.* WASHINGTON HILTON AND TOWERS. C. A. D. C. Cir. Certiorari denied.

No. 01–5037. LEE *v.* PENN NATIONAL INSURANCE CO. C. A. 3d Cir. Certiorari denied.

No. 01–5039. LYONS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5040. MATHEWS *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 01–5041. ACUAY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5042. LEINBAUGH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5043. SMITH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5044. ADORNO *v.* ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL CENTER. C. A. 2d Cir. Certiorari denied.

No. 01–5045. PATZNER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–5047. MCKINLEY *v.* BOWLEN, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–5048. BYES *v.* LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 01–5049. DELGADO-SOSA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.